# EXHIBIT A

**AMERICAN ARBITRATION ASSOCIATION**
**Commercial Arbitration Tribunal**

| | |
|---|---|
| IN THE MATTER OF AND AMONG, | Case Numbers: 01-18-0003-7424 |
| | 01-18-0001-5134 |
| UNITEDHEALTHCARE INSURANCE COMPANY, | 01-18-0001-6915 |
| -and- | Consolidated for All Purposes |
| ENVISION HEALTHCARE CORPORATION, and SHERIDAN HEALTHCORP, INC. | |

## INTERIM AWARD ON LIABILITY

WE, THE UNDERSIGNED ARBITRATORS, having been appointed by the American Arbitration Association ("AAA") in accordance with an arbitration provision contained in Article VIII of the May 1, 2009 Medical Group Participation Agreement (the "Agreement") between United Healthcare Insurance Company ("UHC" or "United") on the one hand and Envision Healthcare Corporation and Sheridan Healthcorp, Inc. (collectively, "Envision" or "Sheridan"), on the other, and having been duly sworn, and having conducted an evidentiary hearing as set forth below ("Hearing"), and having heard, reviewed and considered the allegations and proofs of the parties, do hereby issue this Interim Award on Liability to resolve disputes between UHC and Envision in this arbitration proceeding ("Arbitration").



















































































<u>Interim Award</u>

Upon its careful consideration of the entire evidentiary record, the Tribunal

FINDS, DETERMINES and AWARDS as follows:

1.  All claims asserted by United are denied. All claims asserted by Envision are

denied, expect for the breach asserted with respect to the unilateral implementation of

an adjusted PPR, described above as "Self-Help, by United.

2.  We make this Interim Award on Liability based upon the evidence, the law,

the arguments of the parties, and our assessment of the credibility of the witnesses. We

do hereby affirm upon our oaths as Arbitrators that we are the individuals described in

and who executed this instrument which is our Interim Award on Liability.

3.      Except for an award of attorneys' fees, expenses, costs, and interest,

which will be addressed in the Final Award, all claims and requests for relief made by

the parties but not expressly granted in this Interim Award are hereby denied and this

Interim Award on Liability represents the complete and final resolution of all claims

and counterclaims in this matter.

4.     This Interim Award on Liability may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute together one and the same instrument.

SO ORDERED ON the 20th day of January, 2023

By:

Michael Jordan, Arbitrator     _____

Maureen Beyers, Arbitrator     _____

Joseph Matthews, Arbitrator     _____